THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DONALD P. ACKLEY, Appellant.

Argued October 8, 1946; decided November 14, 1946.

*Harry S. Travis* for appellant.

*Robert O. Brink, District Attorney (Samuel W. Bernstein* of counsel), for respondent.

Judgment affirmed. No opinion. [See 296 N. Y. 825.]

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.